```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                   NORTHEASTERN DIVISION
```

SAMUEL DUNBAR,                )
                              )
        Plaintiff             )
                              )    No. 2:11-0009
v.                            )    Judge Sharp/Brown
                              )    **Jury Demand**
ROBERT W. AGEE, INC.,         )
                              )
        Defendant             )

### O R D E R

A telephone conference was held with the parties on February 6, 2012. The parties advised that they were in serious settlement discussion, although they had not yet reached a mutual agreement. A further telephone conference is set for **February 23, 2012, at 10:30 a.m.,** to discuss alternative dispute resolution and whether a short extension of the present deadlines is necessary. **To participate in the conference call, parties shall call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge