IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRCT OF TENNESSE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL DUNBAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No: 2:11-0009 |
| | ) | JUDGE SHARP |
| ROBERT W. AGEE, INC., | ) | MAGISTRATE JUDGE BROWN |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## AMENDED JOINT STIPULATION OF DISMISSAL

As evidenced by the signature of their counsel below, all claims between the Plaintiff and the Defendant have hereby been resolved, and Plaintiff hereby dismisses this suit with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

It is therefore **ORDERED, ADJUDGED** and **DECREED** that this matter be dismissed with prejudice as to the Defendant.

It is further **ORDERED, ADJUDGED** and **DECREED** that each party shall bear their own discretionary costs.

It is so **ORDERED.**

**ENTERED** this 43uv√f c{ "qh'O ctej "."42340

_____
KEVIN SHARP
UNITED STATES DISTRICT JUDGE

–1–

APPROVED FOR ENTRY:


/s/ Wade B. Cowan
Wade B. Cowan (#9403)
Attorney for Plaintiff
150 Second Avenue North
Suite 225
Nashville, TN   37201
(615) 256-8125



**ORTALE, KELLEY, HERBERT & CRAWFORD**


w/ Julie Bhattacharya Peak
Julie Bhattacharya Peak (#20644)
Attorney for Defendant
200 Fourth Avenue North
Third Floor – Noel Place
P. O. Box 198985
Nashville, TN   37219
(615) 256-9999

–2–